## FOURTH DEPARTMENT, JANUARY, 1951.

## (January 17, 1951.)

ROSE E. ORLOWSKI, as Executrix of FRANK E. ORLOWSKI, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Defendant. DINAH R. ROSENBLATT et al., Attorneys, Appellants.— Order modified by striking therefrom the words "been guilty of unethical and unprofessional conduct toward this petitioner in her failure" and by inserting in place thereof the word "failed" and, as modified, affirmed, with $10 costs and disbursements to the respondent. Memorandum: The deleted portion of the order appealed from is stricken out because it is not an issue in this proceeding. All concur. (Appeal from an order directing indorsement by attorneys of a settlement check.) Present— Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

PATRICIA MURPHY, an Infant, by RICHARD P. MURPHY, Her Guardian ad Litem, Respondent, v. JEANNE M. COUGHLIN, Defendant, and SISTERS OF CHARITY HOSPITAL OF BUFFALO, Appellant.— Order affirmed, with $10 costs and disbursements. The time and place for the examination to be fixed by the Official Referee. All concur. (Appeal from an order granting plaintiff's motion for an examination of defendant Sisters of Charity Hospital of Buffalo before trial.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

UTICA CARTING, STORAGE & CONTRACTING CO., INC., Appellant, v. WORLD FIRE AND MARINE INSURANCE COMPANY, INC., Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See 277 App. Div. 483.]

NEW YORK CENTRAL RAILROAD COMPANY et al., Appellants, v. IRVING PENDER, as Superintendent of Highways of the Town of Alabama, et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Kimball and Piper, JJ. [See 277 App. Div. 1157.]